# Third District Court of Appeal

## State of Florida

Opinion filed February 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0867
Lower Tribunal No. 08-1464
_____

**Philip Morris USA Inc.,**
Appellant,

vs.

**Stefanny Sommers, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Alan S. Fine, Judge.

Boies, Schiller & Flexner, LLP, and Andrew S. Brenner, and Ryan B. Witte; and Arnold & Porter Kaye Scholer LLP, and Geoffrey J. Michael (Washington, DC), and David M. Menichetti (Washington, DC), for appellant.

Eaton & Wolk, PL, and Douglas F. Eaton, for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.